IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACK ROUBINEK, § <br> § <br> Plaintiff/Counter-Defendant, § <br> § <br> v. § <br> § <br> PHH MORTGAGE, § <br> § <br> Defendant/Counter-Plaintiff/ § <br> Third-Party Plaintiff, § <br> § <br> v. § <br> § <br> PATRICIA ROUBINEK, § <br> § <br> Third-Party Defendant. § | CIVIL ACTION NO. <br> 3:22-cv-1889-K-BH |

## PHH MORTGAGE'S STATUS REPORT

Pursuant to the Court's Order requiring a Status Report (the "Order") (Doc. No. 43), Defendant/Counter-Plaintiff/Third-Party Plaintiff PHH Mortgage ("Defendant") files this Report and states as follows:

Defendant intends to pursue its counterclaims in furtherance of the right to foreclose in its own right and/or on behalf of the entity for which it services the underlying mortgage against Plaintiff/Counter-Defendant Jack Roubinek and Third-Party Defendant Patricia Roubinek, together with all other relief to which it is entitled. To accomplish this, Defendant intends to add any claim and party necessary to obtain the relief it seeks through pleading amendment, joinder, consolidation of actions, a substitution of parties, and/or any other appropriate procedural mechanism. Such action may involve, but not be limited to, adding an additional party, who is now making claims to the property in a separate lawsuit filed in state court. Upon ensuring the

appropriate claims and parties are added to the lawsuit, Defendant intends to conduct discovery, as needed, before moving for summary judgment on its counterclaims. Defendant expects its counterclaims will be resolved through summary judgment. However, Defendant intends to pursue its counterclaims through final judgment, including trial and any post-judgment proceedings, should it not obtain the relief it seeks through summary judgment. Defendant provides this explanation in response to the Court's order as an overview of how it intends to proceed based on its current understanding of pertinent facts and circumstances. Defendant does so without waiving any rights, and while reserving the right to amend or supplement this explanation and to pursue the relief it seeks according to applicable law.

    Respectfully submitted,

/s/ *Camille Griffith*
**Robert T. Mowrey - Attorney-in-Charge**
Texas Bar No. 14607500
rmowrey@lockelord.com
**Matthew K. Hansen**
Texas Bar No.  24065368
mkhansen@lockelord.com
**Camille Griffith**
Texas Bar No. 24034761
camille.griffith@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**Helen O. Turner**
Texas Bar No. 24094229
helen.turner@lockelord.com
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1280 (Telephone)
(713) 229-2501 (Facsimile)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 23, 2024, a true and correct copy of the foregoing document was delivered to the following *via ECF and/or CMRRR* consistent with the Federal Rules of Civil Procedure:

Thomas C. Barron
Law Offices of Thomas C. Barron
P.O. Box 14323
Dallas, Texas 75214
T: (214) 855-6631
F: (214) 855-6633
Email: tbarron@barronlawfirm.com
**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT JACK ROUBINEK**

*VIA CERTIFIED MAIL NO. 9214 7969 0099 9790 1653 3217 88*
<u>*RETURN RECEIPT REQUESTED*</u>
Patricia Roubinek, *pro se*
2126 Clearspring Dr. N.
Irving, Texas 75063-5703

**THIRD-PARTY DEFENDANT**

                                        /s/ *Camille Griffith*
                                        Counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff PHH Mortgage